# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2024

## NO. 03-22-00234-CV

**Skyler Williams, Derivatively on behalf of Blackland Construction, Inc., Appellant**

**v.**

**David Gottfried and The Law Offices of David Gottfried, P.C., d/b/a The Gottfried Firm, Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on April 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the portion of the trial court's order granting Gottfried's no-evidence motion for summary judgment on Williams's breach-of-fiduciary-duty claims and reverses and remands the claim for return of attorney's fees under Texas Government Code Section 82.063 for further proceedings consistent with this Court's opinion. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.